No. 11–8953. VINSON v. UNITED STATES MARSHALS SERVICE ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–8962. NORWOOD v. JOHNSON ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–8969. DESAN v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–8970. CURRY v. URIBE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–8986. ROBINSON v. COLEMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–8991. JOHNSON v. KNOWLIN, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–8996. TOMLIN v. MARTEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9002. PONA v. WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS. C. A. 1st Cir. Certiorari denied.

No. 11–9006. MANUS v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 11–9012. AL-AMIN v. STEVENSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–9018. JONES-EL v. POLLARD ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–9027. BROWN v. HANEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–9031. WOODWARD v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 11–9034. VARNER v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 11–9048. MILLER v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.